UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 05-038

JOHN CHOINIERE :

**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

NOW comes the defendant, John Choiniere, and moves for a downward departure under the provisions of U.S.S.G. § 4A1.3(b).

The defendant moves for a downward departure based upon the fact that his criminal history category of VI over-states the seriousness of his criminal history as the majority of his criminal history points arise from misdemeanor convictions, including suspended license charges. The defendant has a total of fourteen (14) criminal history points. Of that total, only two (2) come from one single felony charge, a charge of possession of a stolen motor vehicle. PSR ¶ 32. It is very unusual to see a defendant with a Criminal History Category of VI with only a single, non-violent felony conviction. Of the defendant's misdemeanor convictions, two, totalling four (4) points, arise from minor shop-lifting charges, both of which occurred within a three week period of time. PSR ¶¶ 30, 31. Nine of the fourteen counted criminal history points arise from incidents which

took place in the year, some nine years ago. See PSR ¶¶ 30-35. The defendant's lone felony conviction took place nine years ago, with the incident taking place in March of 1996. PSR ¶ 32.

For all of these reasons, the defendant requests that the Court downwardly depart to a criminal history category of VI, with a resulting sentencing range of 46-57 months.

John Choiniere,
By his attorney,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA and to Dennis Jenkins, USPO on the 21st day of July, 2005.

_______________________