**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 05-038S** |
| **JOHN CHOINIERE** | : | |

## MOTION FOR SUBPOENA DUCES TECUM

NOW COMES the Defendant, John Choiniere, and moves for issuance for subpoena duces tecum for the following:

Any and all records in the possession of the Rhode Island Department for Children, Youth and Families ("DCYF"), relative to the Defendant in this case.

In support of this motion, the Defendant learned from records received on July 28, 2005, that the Defendant has an approximately 19-year history of attention deficit/hyperactivity disorder.

JOHN CHOINIERE
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 5th day of August 2005, I hand-delivered a true copy of the within motion to James H. Leavey, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903