UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AUG 2005
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-038S |
| | ) | |
| JOHN CHOINIERE | ) | |

## MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant John Choiniere, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for August 19, 2005, for an additional 30 days.

As grounds the defendant submits that he learned as recently as July 28, 2005 of relevant records presently in the custody of DCYF. Defense counsel is requesting the additional time to obtain and properly review these records.

GRANTED
WmM
William E. Smith
U.S. District Judge
8/10/05

Respectfully submitted
John Choiniere
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to James H. Leavey, Assistant United States Attorney, on August 5, 2005.