**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-038S** |
| | ) | |
| **JOHN CHOINIERE** | ) | |

---

**MOTION FOR CONTINUANCE OF SENTENCING**

Now comes the defendant John Choiniere, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for October 7, 2005, for an additional 30 days.

As grounds defense counsel submits that the defendant was only evaluated for the first time on September 23, 2005. Additional psychological testing will have to be done and will take at least another month to complete.

Respectfully submitted
John Choiniere
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to James H. Leavey, Assistant United States Attorney, on September 27, 2005.